IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 4:17-CR-3007 |
| vs. | | |
| PAULETTE POOL, | | ORDER |
| Defendant. | | |

This matter is before the Court on the plaintiff's Motion to Dismiss Indictment (filing 24). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Indictment (filing 24) is granted.

2. The indictment is dismissed.

Dated this 24th day of July, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge